

| | | | |
|---|---|---|---|
| In the Interest of: M.T.F., Jr. . . . . . . . . . . . | 1308 EDA 2016 Affirmed | 12/16/2016 | AP#: CP–51–AP–0000334–2015 DP#: CP–51–DP–0000767–2014 FID#: 51–FN–000592–2014 (Philadelphia) |
| In the Interest of: X.M. . . . . . . . . . . . . . . . | 1516 EDA 2016 Affirmed | 12/16/2016 | CP–51–AP–0000028–2016 (Philadelphia) |
| Com. v. Ceraul . . . . . . . . . . . . . . . . . . . . . . | 1642 EDA 2016 Affirmed | 12/16/2016 | CP–48–CR–0002630–2012 (Northampton) |
| K.M.R–H. v. M.E.R. . . . . . . . . . . . . . . . . . | 1771 EDA 2016 Affirmed | 12/16/2016 | 2006–21976 (Montgomery) |
| L.M. v. R.S. . . . . . . . . . . . . . . . . . . . . . | 2072 EDA 2016 Affirmed | 12/16/2016 | 2014–06080 (Chester) |
| Com. v. Garnett . . . . . . . . . . . . . . . . . . . . . | 2267 EDA 2016 Affirmed | 12/16/2016 | CP–15–CR–0000226–1971 (Chester) |
| Com. v. Smith . . . . . . . . . . . . . . . . . . . . . . | 1977 MDA 2015 Remanded | 12/16/2016 | CP–21–CR–0002675–2010 (Cumberland) |
| Com. v. Anderson . . . . . . . . . . . . . . . . . . . | 2008 MDA 2015 Affirmed | 12/16/2016 | CP–21–CR–0000874–2013 (Cumberland) |
| Synchrony Bank v. Peters . . . . . . . . . . . . . | 144 MDA 2016 Affirmed | 12/16/2016 | 15–01712 (Lycoming) |
| Com. v. Murphy . . . . . . . . . . . . . . . . . . . . | 246 MDA 2016 Affirmed | 12/16/2016 | CP–22–CR–0000907–2013 (Dauphin) |
| HSBC Bank USA v. Sucec . . . . . . . . . . . . . | 335 MDA 2016 Affirmed | 12/16/2016 | 13–S–182 (Adams) |
| Com. v. Hayes . . . . . . . . . . . . . . . . . . . . . . | 374 MDA 2016 Affirmed | 12/16/2016 | CP–67–CR–0002408–2014 (York) |
| Com. v. Hromek . . . . . . . . . . . . . . . . . . . . | 746 MDA 2016 Affirmed | 12/16/2016 | CP–67–CR–0002872–2013 (York) |
| Blackwell v. Russell . . . . . . . . . . . . . . . . . | 861 MDA 2016 Affirmed | 12/16/2016 | S–2437–11 (Schuylkill) |
| In re Adoption of Z.Y.S. . . . . . . . . . . . . . | 1120 MDA 2016 Affirmed | 12/16/2016 | A–89 of 2015 (Lackawanna) |
| Com. v. Brown . . . . . . . . . . . . . . . . . . . . . | 1286 MDA 2016 Affirmed Application to Withdraw as Counsel Granted | 12/16/2016 | CP–01–CR–0001178–2010 (Adams) |
| Com. v. Lepre [14] . . . . . . . . . . . . . . . . . . . . | 272 WDA 2016 Quashed | 12/16/2016 | FD No. 15–00354 (Allegheny) |

---

**14.** Petition for reargument denied February 27, 2017.